# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DENISE CHIARELLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAM'S WEST INC. D/B/A )<br>OVERLAND PARK SAM'S CLUB, )<br>)<br>Defendant. ) | Case No. Case No. 2:19-cv-02502 |

## DEFENDANT SAM'S WEST INC.'S NOTICE OF REMOVAL

Defendant Sam's West, Inc. ("Sam's") with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, removes the above-captioned matter from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support thereof, Sam's states the following:

### THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. Plaintiff Denise Chiarelli ("Plaintiff") filed her lawsuit against Sam's in the District Court of Johnson County, Kansas on or about July 30, 2019.

2. Sam's was served with process on August 2, 2019. Sam's has not yet answered Plaintiff's Petition.

3. As required by 28 U.S.C. § 1446(a), a complete copy of all records and proceedings from the District Court of Johnson County, Kansas are attached as Exhibit A.

4. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a) as it is the United States District Court embracing the District Court of Johnson County, Kansas, where Plaintiff's Petition is currently pending. *See* 28 U.S.C. § 96.

5. Without waiving any objection to service, this Notice of Removal is timely filed pursuant

to 28 U.S.C. § 1446(b), because the same has been filed within thirty (30) days of service on Defendant.

6. Pursuant to 28 U.S.C. § 1446(d), Sam's files written notice of this removal with the Clerk of the District Court of Johnson County, Kansas where Plaintiff's Petition is currently pending. A copy of this Notice of Removal and the written notice of the same have been served upon Plaintiff.

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

7. Upon information and belief, Plaintiff is a citizen of the State of Kansas.

8. Sam's West, Inc. is incorporated in the State of Arkansas, with its principle place of business in Bentonville Arkansas. Sam's West, Inc. is wholly owned by Walmart, Inc., incorporated in Delaware with a principle place of business in Bentonville, Arkansas. Accordingly, Sam's West, Inc. is a citizen Arkansas for the purposes of determining this Court's subject matter jurisdiction. *See* 28 U.S.C. § 1332(c).

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

9. Where a plaintiff has specified an amount of damages less than $75,000 in his state court petition, the removing party must prove by "reasonable certainty" that the amount in controversy exceeds $75,000. *Coca-Cola Bottling of Emporia, Inc. v. South Beach Bev. Co.*, 198 F. Supp. 2d 1280, 1285 (D. Kan. 2002).

10. Plaintiff has alleged severe, permanent and progressive physical injuries, medical expenses, lost wages, pain and suffering as a result of the occurrence. Plaintiff claims she is now unable to live a normal life. *See* Petition at Paragraphs numbered 16, 18 – 21, attached in Exhibit A.

11. Upon information and belief, Plaintiff's injuries are complex and likely to place in dispute medical and other damages in excess of $75,000.

WHEREFORE, for the foregoing reasons, Defendant Sam's West Inc., removes this action from the District Court of Johnson County, Kansas to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

*/s/ James R. Jarrow*
James R. Jarrow                KS# 14287
BAKER STERCHI COWDEN & RICE, L.L.C.
9393 W. 110th St., Suite 500
Overland Park, KS 66210
Telephone:        (913) 451-6752
Facsimile:        (816) 472-0288
Email:            jarrow@bscr-law.com

ATTORNEY FOR DEFENDANT
SAM'S WEST INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system on this 22nd day of August 2019, and a copy was served via U.S. Mail, postage prepaid, to the following counsel:

Dustin Crook, Esq.
Caleb Biesterveld, Esq.
Biesterveld & Crook, LLC
8801 Ballentine St., Ste. 300
Overland Park, KS 66214
dustin@bctrialattorneys.com
caleb@bctrailattorneys.com
ATTORNEYS FOR PLAINTIFF

*/s/James R. Jarrow*