# EXHIBIT A

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | |
|---|---|
| DENISE CHIARELLI, )<br>   )<br>              Plaintiff, )<br>v. )<br>   )<br>SAM'S WEST INC. D/B/A )<br>OVERLAND PARK SAM'S CLUB, )<br>   )<br>              Defendant. ) | Case No. 19CV04072<br>Division 2 |

### **DEFENDANT SAM'S WEST INC.'S NOTICE OF REMOVAL**

I hereby certify that a copy of the Notice of Removal in the above-styled action has been filed in the United States District Court for the District of Kansas, on this 22nd day of August, 2019.

A copy of the Notice of Removal is attached hereto as Exhibit 1.

Respectfully submitted,

*/s/James R. Jarrow*
James R. Jarrow                KS# 14287
BAKER STERCHI COWDEN & RICE, L.L.C.
9393 W. 110th St., Suite 500
Overland Park, KS 66210
Telephone:        (913) 451-6752
Facsimile:         (816) 472-0288
Email:              jarrow@bscr-law.com

ATTORNEY FOR DEFENDANT
SAM'S WEST INC.

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court on this 22nd day of August, 2019, which will send notification of the same to all counsel of record.

*/s/James R. Jarrow*

19CV04072<br>
Div2

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | | |
|---|---|---|
| DENISE CHIARELLI ) | | |
| 17056 E Ballentine St. ) | | |
| Overland Park, KS 66221 ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. | |
| ) | | |
| SAM'S WEST INC. D/B/A ) | DIVISION | |
| OVERLAND PARK SAM'S CLUB ) | | |
| Service Registered Agent At: ) | | |
| The Corporation Company, Inc. ) | | |
| 112 SW 7th Street Suite 3C ) | | |
| Topeka, KS 66603 ) | | |
| ) | | |
| Defendant. ) | | |

**PETITION FOR DAMAGES**

COMES NOW Plaintiff Denise Chiarelli, by and through her attorneys of record, and for her causes of action against Defendant Sam's West, Inc. d/b/a Overland Park Sam's Club states and asserts as follows:

**FACTS AND ASSERTIONS**

1. Plaintiff Denise Chiarelli, (hereinafter sometimes referred to as "Plaintiff"), is a resident of Overland Park, Johnson County, Kansas.

2. Defendant Sam's West, Inc. d/b/a Overland Park Sam's Club, (hereinafter sometimes referred to as "Defendant"), is a business that, at all times relevant hereto, owned, operated, controlled and/or retail store known as Overland Park Sam's Club 8300 W 135th St., Overland Park, KS 66223. Service of process can be affected on Defendant by serving its

registered agent, The Corporation Company, Inc., 112 SW 7th Street Suite 3C, Topeka, KS 66611.

3. At all times relevant hereto, Defendant was acting and rendering services by and through its employees, managers, supervisors, owners, principals, agents and/or servants, who were all acting within the course and scope of their employment, agency and/or master/servant relationship with Defendant.  Accordingly, Defendant is vicariously liable for any and all tortious acts and/or omissions committed by its employees, managers, supervisors, owners, principals, agents and/or servants under the doctrine of respondent superior.

4. Defendant has committed tortious acts and/or omissions within the State of Kansas subjecting it to this court's jurisdiction.  In addition, and pursuant to K.S.A. §60-604(2), venue in this cause properly lies in the District Court of Johnson County, Kansas for the reasons that the tortious acts giving rise to Plaintiff's causes of action occurred in Johnson County, Kansas.

5. On July 3, 2019, Plaintiff visited the Overland Park Sam's Club located at 8300 W 135th St., Overland Park, KS 66223 and owned, operated, controlled and/or managed by Defendant, (hereinafter sometimes referred to as the "Premises").

6. Plaintiff paid Defendant for a membership to purchase items from Defendant on the Premises.

7. On July 3, 2019, Plaintiff visited the Premises and it was open to the public with items available for purchase by paying members such as Plaintiff.

8. On July 3, 2019, Plaintiff lawfully entered the Premises.

9. On July 3, 2019, Plaintiff was injured when she slipped on a piece of fruit and fell at the Premises.

10. As a result of the fall, Plaintiff has suffered and sustained severe, permanent and progressive injuries as a direct result of a not reasonably safe and dangerous condition existing then and there on the Premises.

11. Plaintiff sought medical treatment for her injuries.

12. At all times relevant hereto, Plaintiff was a business invitee of Defendant.

13. At all times relevant hereto, a not reasonably safe and dangerous condition existed then and there on the Premises which is owned, operated, controlled and/or managed by Defendant, to wit: the fruit on the floor of the premises at issue, which was not reasonably safe due to any single one and/or a compilation of the following factor(s) and condition(s) including, but not limited to, a fruit on the floor, improper design, debris, improper maintenance, improper training, inadequate lighting, and/or lack of warning.

14. At all times relevant hereto, it was practical for Defendant to remedy, remove, repair and/or warn against the aforesaid not reasonably safe condition(s) existing then and there on the Premises.

15. Defendant owed a duty to Plaintiff to keep the Premises in a reasonably safe condition.

16. Defendant breached its aforesaid duty and was thereby negligent with said negligence directly causing Plaintiff to suffer and sustain severe, permanent and progressive injuries.

## NEGLIGENCE

17. On or about July 3, 2019, Defendant was negligent and proximately caused the physical injuries suffered by Plaintiff, in the following ways:

a. Defendant knew, or by the exercise of reasonable care should have known, that there was a dangerous and unsafe condition on the Premises; and

b. Defendant, thought its employees and/or agents, created or maintained the dangerous and unsafe condition on the Premises; and

c. Defendant had adopted a mode of operation in which the dangerous condition could regularly occur, and Defendant failed to use reasonable measures, considering the risks involved, to discover the dangerous condition and remove it; and

d. Defendant failed to use ordinary care and negligently failed to warn the public, particularly, Plaintiff, of the dangerous and unsafe condition; and

e. Defendant failed to use ordinary care and was negligent in failing to do the following:

   i. Observe the fruit on the floor;
   ii. Remove the fruit from the floor;
   iii. Warn of the existence of the fruit on the floor;
   iv. Maintain the floor of the store in an adequate, proper, and safe condition to prevent Plaintiff from falling; and
   v. Take other protective measures to protect Plaintiff from the dangerous condition as may be discovered during the course of this litigation.

f. Plaintiff did not know and did not receive notice of warning of the dangerous and unsafe condition on the premises and the dangerous and unsafe condition was not readily apparent.

18. As a direct and proximate cause and result of one or more of the aforesaid negligent acts and/or omissions committed by defendant, Plaintiff was caused to suffer and sustain injuries that required medical treatment.

19. All of Plaintiff's injuries are severe, permanent and progressive.

20. As a direct and proximate cause and result of her injuries, Plaintiff has sustained damages that include, but are not limited to, the following:

    a. Past medical expenses;

    b. Future medical expenses for medical care and treatment, including home improvements for mobility;

    c. Lost wages;

    d. Future lost wages;

    e. Pain and suffering;

    f. Economic damages as a result of Plaintiff's impaired self-care and mobility;

    g. Other economic damages;

21. Plaintiff further states that as a direct and proximate cause and result of the injuries she suffered and sustained as a direct result of the negligence of Defendant, her ability to live a normal and enjoyable life has been, and will forever continue to be, severely impaired and adversely affected.

**WHEREFORE,** Plaintiff Denise Chiarelli prays for judgment against Defendant for damages in an amount that is fair and reasonable and in excess of Twenty-Five Thousand Dollars ($25,000.00) such as will fairly and reasonably compensate Plaintiff for her injuries, for her costs herein incurred and expended, for any and all pre- and post-judgment interest allowed by law and for any and other further relief the court deems just and proper.

        Respectfully submitted,

        BIESTERVELD & CROOK, LLC

        /s/ Dustin Crook
        Dustin Crook, KS 25514
        Caleb Biesterveld, KS 25554
        8801 Ballentine St. Ste. 300
        Overland Park, KS 66214
        913-353-5870
        913-800-8454 (Fax)
        dustin@bctrialattorneys.com
        caleb@bctrialattorneys.com
        ATTORNEYS FOR PLAINTIFF


## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all the issues so triable.


        Respectfully submitted,

        BIESTERVELD & CROOK, LLC

        /s/ Dustin Crook
        Dustin Crook, KS 25514
        Caleb Biesterveld, KS 25554
        8801 Ballentine St. Ste. 300
        Overland Park, KS 66214
        913-353-5870
        913-800-8454 (Fax)
        dustin@bctrialattorneys.com
        caleb@bctrialattorneys.com
        ATTORNEYS FOR PLAINTIFF

Service on Sam's West Inc. d/b/a Overland Park Sam's Club

Denise Chiarelli v. Sam's West Inc. d/b/a Overland Park Sam's Club

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS, CASE NO. 19CV04072

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons as follows:

CERTIFIED MAIL SERVICE: By mailing a copy of such summons and a copy of the petition by certified mail, return receipt requested to the above-named Defendant on August 2, 2019. The name and address on the envelope was as follows: The Corporation Company, Inc, 112 SW 7th Street Suite 3C, Topeka, KS 66603. The Return Receipt confirming service is attached below.

## DECLARATION

I declare (or verify, certify or state) under penalty of perjury that the forgoing return on service is true and correct.

_[signature]_                                                          Executed on Aug 6, 2019

Dustin Crook, KS 25514
Biesterveld & Crook, LLC

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporation Company, Inc.
112 SW 7th Street Suite 3C
Topeka, KS 66603

9590 9402 4911 9032 9106 70

2. Article Number (Transfer from service label)

7018 1130 0000 0335 9100

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): MELINDA FORGE   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

DENISE CHIARELLI

                Plaintiff           Case No: 19CV04072

vs           Division: 2

          K.S.A. Chapter 60

SAM'S WEST, INC. D/B/A OVERLAND PARK SAM'S CLUB
                Defendant

REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for SAM'S WEST, INC. D/B/A OVERLAND PARK SAM'S CLUB whose address for service is:

    112 SW 7TH STREET, SUITE 3C
    TOPEKA, KS 66603

Certified mail service by the undersigned attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk. The postal receipt for service must be filed with the Clerk's office to prove service.

                By: /s/ DUSTIN R CROOK
                DUSTIN R CROOK, #25514
                8801 BALLENTINE ST, STE 300
                OVERLAND PARK, KS 66214
                913-353-5870

*Clerk of the District Court, Johnson County Kansas*
*07/30/19  12:42pm MM*

19CV04072
Div2

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | | |
|---|---|---|
| DENISE CHIARELLI | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19CV04072 |
| | ) | |
| v. | ) | Division: 2 |
| | ) | |
| SAM'S WEST INC. D/B/A | ) | K.S.A. Chapter 60 |
| OVERLAND PARK SAM'S CLUB | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I certify that I served Plaintiff's First Set of Requests for Production of Documents to Defendant on August 2, 2019, by US Certified Mail, return receipt requested, to:

The Corporation Company, Inc.
112 SW 7th Street Suite 3C
Topeka, KS 66603
RESIDENT AGENT FOR DEFENDANT

    Respectfully submitted,

    BIESTERVELD & CROOK, LLC

    /s/ Dustin Crook
    Dustin Crook, KS 25514
    Caleb Biesterveld, KS 25554
    8801 Ballentine St. Ste. 300
    Overland Park, KS 66214
    913-353-5870
    913-800-8454 (Fax)
    dustin@bctrialattorneys.com
    caleb@bctrialattorneys.com
    ATTORNEYS FOR PLAINTIFF