## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DENISE CHIARELLI | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19-CV-02502 |
| | ) | |
| v. | ) | |
| | ) | |
| SAM'S WEST INC. D/B/A | ) | |
| OVERLAND PARK SAM'S CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff requests the Court dismiss this case with prejudice with each party bearing their own costs. This motion is unopposed.

Respectfully submitted,

BIESTERVELD & CROOK, LLC

/s/ Dustin Crook
Dustin Crook, KS 25514
Caleb Biesterveld, KS 25554
8801 Ballentine St. Ste. 300
Overland Park, KS 66214
913-353-5870
913-800-8454 (Fax)
dustin@bctrialattorneys.com
caleb@bctrialattorneys.com
ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system on April 27, 2020, and a copy was served by email to the following counsel:

James R. Jarrow
Haley Stevenson

BAKER STERCHI COWDEN & RICE, L.L.C.
9393 W 110th St., Suite 500
Overland Park, Kansas 66210
*jarrow@bscr-law.com*
ATTORNEYS FOR DEFENDANT

/s/ Dustin Crook
Dustin Crook