IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DENISE CHIARELLI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 19-cv-2502-JWL |
| **SAM'S WEST INC., d/b/a** ) | |
| **OVERLAND PARK SAM'S CLUB,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER OF DISMISSAL

On April 27, 2020, the plaintiff filed an unopposed motion to dismiss with prejudice (doc. 24). The court has reviewed the motion and finds that it should be granted.

IT IS ORDERED BY THE COURT that plaintiff's unopposed motion to dismiss with prejudice (doc. 24) is **granted** and this case is dismissed with prejudice, with each party bearing their own costs.

**IT IS SO ORDERED.**

**Dated this 27th day of April, 2020 at Kansas City, Kansas.**

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE